UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARNEL FAULKNER, Individually and on Behalf of All Others Similarly Situated, § § § § §<br><br>*Plaintiff*, § §<br>v. § §<br>MONEYGRAM PAYMENT SYSTEMS, INC. and MONEYGRAM INTERNATIONAL, INC., § § § § §<br><br>*Defendants.* § | Civil Action No. 3:24-CV-2557-X |

## **ORDER**

Before the Court is the Majority Plaintiffs' motion for appointment of interim class counsel (Doc. 22). After reviewing the motion and brief, the Court **GRANTS** the motion. The Court therefore appoints Interim Class Counsel consisting of: (i) W. Mark Lanier of The Lanier Law Firm, P.C. as *Lead Counsel*; (ii) Shauna Itri of Seeger Weiss, Yana Hart of Clarkson Law Firm, P.C., Thomas E. Loeser of Cotchett Pitre McCarthy, LLP, Lynn A. Toops of Cohen & Malad, LLP, and J. Gerard Stranch, IV of Stranch, Jennings, Garvey, PLLC to the *Plaintiffs' Executive Committee*, and (iii) Megan Shannon of Fegan Scott LLC, Edward J. Wynne of Wynne Law Firm; and Kevin Laukaitis of Laukaitis Law to the *Plaintiffs' Steering Committee*.

**IT IS SO ORDERED** this 12th day of February, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1