UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARNEL FAULKNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM PAYMENT SYSTEMS, INC. and MONEYGRAM INTERNATIONAL, INC.,<br><br>Defendants | CIVIL ACTION NO. 3:24-CV-2557-X |

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Letia Dickerson, Carnel Faulkner, Larion Krayzman, Mosima Namata, Armando Reyes, Roy Uribe, and Mosanthony Wilson, individually and on behalf of all others similarly situated ("Dismissing Plaintiffs") hereby voluntarily dismisses their claims in the above-captioned action against Defendant without prejudice.[1]

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dismissing Plaintiffs are not waiving their rights to pursue their claims against Defendant in another action or proceeding or from participating in any action, settlement or judgment.

---

[1] See *Faulkner v. MoneyGram Payment Systems* – Case No. 3:24-cv-2557-X; *Namata v. MoneyGram Payment Systems* – Case No. 3:24-cv-2571-X; *Uribe v. MoneyGram Payment Systems* – Case No. 3:24-cv-2573-X; *Reyes v. MoneyGram Payment Systems* – Case No. 3:24-cv-2572-N; *Dickerson v. MoneyGram Payment Systems* – Case No. 3:24-cv-2604-B; *Wilson v. MoneyGram Payment Systems* – Case No. 3:24-cv-2772-E; *Krayzman v. MoneyGram Payment Systems* – Case No. 3:24-cv-2974-E.

By: */s/ W. Mark Lanier*
W. Mark Lanier
TX Bar No. 11934600
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N. Ste 100
Houston, Texas 77064
T: (713) 659-5200
mark.lanier@lanierlawfirm.com

*Lead Counsel for Interim Class Counsel*
*Counsel for Plaintiffs Mosima Namata and Letia Dickerson*

**CLARKSON LAW FIRM, P.C.**
Yana Hart, *Pro Hac Vice*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
yhart@clarksonlawfirm.com

*Plaintiffs' Executive Committee for Interim Class Counsel*
*Counsel for Plaintiff Carnel Faulkner*

Shauna Itri*
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
T: (973) 639-9100
sitri@seegerweiss.com

*Plaintiffs' Executive Committee for Interim Class Counsel*

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215)789-4462
klaukaitis@laukaitislaw.com

*Plaintiffs' Steering Committee for Interim Class Counsel*
*Pro Hac Vice admission forthcoming*
*Counsel for Plaintiff Mosima Namata*

2

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

*Plaintiffs' Executive Committee for Interim Class Counsel*
*\*Pro Hac Vice admission forthcoming*
*Counsel for Plaintiff Armando Reyes*

Lynn A. Toops*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com

*Plaintiffs' Executive Committee for Interim Class Counsel*
*\*Pro Hac Vice admission forthcoming*
*Counsel for Plaintiff Roy Uribe*

Thomas E. Loeser*
**COTCHETT PITRE & MCCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Tel: (206) 802-1272
Fax: (650) 697-0577
tloeser@cpmlegal.com.com

*Plaintiffs' Executive Committee for Interim Class Counsel*
*\*Pro Hac Vice admission forthcoming*
*Counsel for Plaintiff Letia Dickerson*

        Megan E. Shannon, *pro hac vice*\*
        **FEGAN SCOTT LLC**
        150 S. Wacker Drive,
        24th Floor
        Chicago, IL 60606
        Tel: (312) 741-1019
        Fax: (312)264-0100
        megan@feganscott.com

        *Plaintiffs' Steering Committee for Interim Class Counsel*
        *\*Pro Hac Vice admission forthcoming*
        *Counsel for Plaintiff Mosanthony Wilson*

        Edward J. Wynne *Pro Hac Vice granted*\*
        **WYNNE LAW FIRM**
        80 E. Sir Francis Drake Blvd., Ste. 3G
        Larkspur, CA 94939
        Tel: 415-461-6400
        ewynne@wynnelawfirm.com

        *Plaintiffs' Steering Committee for Interim Class Counsel*
        *Counsel for Plaintiff Larion Krayzman*

        *Counsel for Plaintiffs and the Interim Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on June 27, 2025 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

        By:   */s/ W. Mark Lanier*
                  W. Mark Lanier